UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DWIGHT WARREN KNOWLES (2),**<br>a.k.a. "Arizona" and<br><br>**ORAL GEORGE THOMPSON (3),**<br>a.k.a. "Chad,"<br><br>**Defendants.** | **CRIM. NO. 1:12-cr-266-02, -03 (RWR)** |

## PROPOSED STIPULATION

The UNITED STATES OF AMERICA, by its undersigned counsel, hereby proposes to stipulate and agree as follows:

1. The transcriptions and translations of all recordings of intercepted telephone conversations were prepared by certified translators working with the attorneys for the Government and the Defendants, and are admissible. The parties agree that the translations from Spanish to English and from Jamaican Patois to English are true and accurate representations of what was said on the recordings;

2. The technical information indicated on the transcriptions and translations of the recordings of the intercepted telephone calls, including the date and time of the conversation, as well as the length of the call are true and accurate; and that

3. The identity of the voices of KNOWLES and THOMPSON are shown in the transcriptions and translations. However, these are based upon the expected testimony

1

from Government witnesses, are subject to witness identification, and may be disputed by the Defendants.

Previously the court, to the extent possible, has encouraged the parties to reach stipulations on matters not in dispute.  The purpose of this stipulation is to avoid the necessity of the translators having to testify unless there is a dispute.  Absent a good faith basis, the Government anticipates that there will be little, if any dispute, regarding the transcriptions and translations.  In addition, the Government has been and will continue to provide draft translations to the Defendants.  The Defendants are free to identify any errors or to identify any issue with the transcriptions and translations.  Based on this, the Government has proposed this stipulation, through counsel, to both Defendants who have yet to respond to this proposed stipulation.  The Government respectfully requests that both Defendants respond and notify the Government if they are willing to enter this proposed stipulation.   If the parties are able to reach a stipulation the Government will file a final stipulation with the Court prior to trial. Respectfully submitted this 30th day of June 2015.

        ARTHUR G. WYATT
        Chief
        Narcotic and Dangerous Drug Section
        Criminal Division
        United States Department of Justice

By: _____
        Brian Sardelli
        Trial Attorney
        Narcotic and Dangerous Drug Section
        United States Department of Justice
        Washington, DC 20530
        (202) 598-2950
        brian.sardelli2@usdoj.gov

and

By: _____
Paul Joseph
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, DC 20530
202-514-9644
Paul.Joseph2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June 2015, I filed this document via ECF with the Clerk of the Court and therefore caused a copy to be served on the defense counsel of record in this case.

By: _____
Brian Sardelli
Trial Attorney
Narcotic and Dangerous Drug Section
United States Department of Justice
Washington, DC 20530
(202) 598-2950
brian.sardelli2@usdoj.gov

and

By: _____
Paul Joseph
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, DC 20530
202-514-9644
Paul.Joseph2@usdoj.gov