UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DWIGHT WARREN KNOWLES (2),**<br>a.k.a. "Arizona" and<br><br>**ORAL GEORGE THOMPSON (3),**<br>a.k.a. "Chad,"<br><br>**Defendants.** | **CRIM. NO. 1:12-cr-266-02, -03 (RWR)** |

**PROPOSED STIPULATION**

The UNITED STATES OF AMERICA, by its undersigned counsel, hereby proposes to stipulate and agree as follows:

1. That on or about May 11, 2011, United States Customs and Border Protection Agents seized approximately 41.9 kilograms of cocaine at or near Long Beach, California;

2. The 41.9 kilograms of cocaine were hidden among the cargo in a shipping container that had been removed from a ship;

3. This shipping container bore the identification number of TCLU5780460; and that neither of the Defendants was physically present when the container was seized.

Previously the court, to the extent possible, has encouraged the parties to reach stipulations on matters not in dispute.  The fact that the above seizure occurred is not in dispute. The Government will still be required to prove a link between the seizure and the Defendants. The Defendants will be free to dispute this link.  Based on this, the Government has proposed

1

this stipulation, through counsel, to both Defendants who have yet to respond to this proposed stipulation.  The Government respectfully requests that both Defendants respond and notify the Government if they are willing to enter this proposed stipulation.   If the parties are able to reach a stipulation the Government will file a final stipulation with the Court prior to trial.

Respectfully submitted this 30th day of June 2015.

                                ARTHUR G. WYATT
                                Chief
                                Narcotic and Dangerous Drug Section
                                Criminal Division
                                United States Department of Justice

By:    _____
        Brian Sardelli
        Trial Attorney
        Narcotic and Dangerous Drug Section
        United States Department of Justice
        Washington, DC 20530
        (202) 598-2950
        brian.sardelli2@usdoj.gov

        and

By:    _____
        Paul Joseph
        Trial Attorney
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice
        Washington, DC 20530
        202-514-9644
        Paul.Joseph2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of June 2015, I filed this document via ECF with the Clerk of the Court and therefore caused a copy to be served on the defense counsel of record in this case.

By: _____
Brian Sardelli
Trial Attorney
Narcotic and Dangerous Drug Section
United States Department of Justice
Washington, DC 20530
(202) 598-2950
brian.sardelli2@usdoj.gov

and

By: _____
Paul Joseph
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, DC 20530
202-514-9644
Paul.Joseph2@usdoj.gov