UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Crim. Case No.  12-cr-266 (2)  (RWR) |
| **DWIGHT WARREN KNOWLES,**<br>          **Defendant.** | |

### DEFENDANT'S RESPONSE TO THE GOVERNMENT'S
### MOTION FOR JUDICIAL NOTICE OF U.S. AIRCRAFT REGISTRATION

COMES NOW DEFENDANT, Dwight Knowles, by and through undersigned defense counsel, and respectfully offers this response to the government's motion for the Court to take judicial notice "of the fact that each operator of an aircraft, registered in the United States, must display on that aircraft marks consisting of the Roman capital letter "N," followed by the registration number of the aircraft . . ."  14 C.F.R. §45.23 (a).

Mr. Knowles does not generally object to the government request for judicial notice, but reserves his right to object subject to the exact language the government will propose.

        Respectfully submitted,

        RETURETA & WASSEM, P.L.L.C.

By: _____
      Manuel J. Retureta, Esq.
      Washington, D.C. Bar #430006
      300 New Jersey Avenue, NW
      Suite 900
      Washington, D.C.  20001
      O - 202.450.6119  /  F – 202.783.9119
      MJR@RETURETAWASSEM.COM
      *Counsel for Dwight Knowles*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing pleading was filed via the Court's ECF system on this 20th day of July 2015.

_____
Manuel J. Retureta, Esq.