UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )
            v.                 )  Criminal Action No. 12-266 (RWR)
                               )
DWIGHT WARREN KNOWLES, and     )
ORAL GEORGE THOMPSON,          )
                               )
            Defendants.        )
_____)
```

ORDER

The government moves *in limine* for an order precluding the defense at trial from:

(1) Offering evidence, comments or argument regarding the impact of incarceration, conviction, trial, or punishment on either Defendant's family;

(2) Conducting Jencks Act inquiries in the presence of the jury;

(3) Introducing the contents of agent reports or notes to impeach witnesses (other than the agent who prepared the report) on the basis of inconsistent statements, publishing the contents of the report or notes to the jury, or suggesting to the jury in any way that the report or notes are a statement of the interviewed witness; and

(4) Offering the exculpatory out-of-court statements of the Defendants or their other co-conspirators.

The government speculates without advancing any factual proffer that defense counsel will violate the Federal Rules of

Evidence and attempt to undertake improper impeachment.  The speculation is premature and unsupported.  The rules of evidence and proper impeachment will apply at trial and a general limiting order of the type sought is warranted against neither the defense nor the government.  Accordingly, it is hereby

ORDERED that the government's omnibus motion [77] *in limine* be, and hereby is, DENIED without prejudice.

SIGNED this 27th day of August, 2015.

_____/s/_____
RICHARD W. ROBERTS
Chief Judge