



**FISCALIA**
GENERAL DE LA NACION

**FILED**
DEC 10 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Bogotá D.C 11 julio de 2014
Oficio No. 025/Derecho de Petición

ESTABLECIMIENTO PENITENCIARIO DE ALTA Y MEDIANA SEGURIDAD
Y CARCELARIO CON ALTA SEGURIDAD DE BOGOTA
EPAMSCAS - ERE - JYP - BOGOTA

24 JUL. 2014

CORRESPONDENCIA RECIBIDA

Señor
**DWIGHT WARREN KNOWLES**
Centro Penitenciario La Picota
Patio 12 TD 78867
Kilómetro 5 Vía Usme
Ciudad

CR 12-266 (RWR)

<u>Asunto</u>: Respuesta Derecho de Petición N° 20146111028372
<u>Radicado</u>: 060868

Respetado Señor Warren,

Por medio de la presente me permito dar respuesta a su nueva solicitud allegada a esta Jefatura con el radicado 060868, con relación a su manifestación de no haber sido resuelto ninguno de los cuatro (4) puntos peticionados con el radicado N° 058948, tramitado por esta Jefatura con el oficio N° 028/DP/DFALA, el cual resolvió de fondo la no competencia por parte de esta Dirección respecto a su petición.

Una vez recibida su primera solicitud se procedió consultar los sistemas judicial misional con los cuales cuenta esta Direccion, encontrando que el único registro relacionado con el nombre Dwight Warren Knowles, corresponde a una Asistencia Judicial la cual decretó la captura del señor Dwight Warren Knowles, con fines de extradición[1], asignada al Fiscal 55 adscrito a esta Direccion de Fiscalía Nacional y cumplida dentro del trámite legal[2].

En cuanto a su solicitud de información relacionada con la acusación formal (indictment) *"information obtained by the Colombian National Police from lawfully intercepted thelephone and e-mail"* le informo que la misma no fue hecha por parte de autoridad Colombiana, ni la recolección de las pruebas que la sustenten. Estas obedecen a actuaciones judiciales en su contra por parte de autoridad Judicial extranjera, que en algún momento,

---

[1] Artículo 509 Ley 906/04: Captura. El Fiscal General de la Nación decretara la captura de la persona requerida tan pronto conozca la solicitud formal de extradición, o antes, si así lo pide el Estado Requirente, mediante nota en que exprese la plena identidad de la persona, la circunstancia de haberse proferido en su contra sentencia condenatoria, acusación o su equivalente y la urgencia de tal medida.

[2] Sentencia C-243 de 2009: la Corte considero que las normas impugnadas –Artículos 506,509 y 511, de la Ley 906 de 2004-, no vulnera el derecho de igualdad consagrado en el artículo 13 de la Carta Política, por cuanto la captura de la persona solicitada en extradición difiere sustancialmente de la aprehensión que se adelanta respecto de quien es sorprendido en flagrancia (Art. 32 de la C.P.), como también de la captura excepcional que puede disponer la Fiscalía General de la Nación (Art. 300 de la Ley 906 de 2004) pues en este caso el mandato de la constitución política y de la ley, la persona debe ser conducida ante un juez que resolverá sobre la legalidad de la aprehensión o captura según el caso ( )



**FISCALIA**
GENERAL DE LA NACION

en uso de los canales de cooperación internacional pudieron llegar a solicitar por via de Asistencia Judicial[3], la práctica de labores investigativas en Colombia, las cuales surtidos los controles legales[4] correspondientes, debieron ser devueltas a la autoridad requirente a través de la Direccion de Gestión Internacional de la Fiscalia General de la Nación.

Con ocasión de lo anterior, la solicitud de elementos materiales probatorios y evidencias fisicas que soporten la captura con fines de extradición deben ser requeridas a la autoridad extranjera competente y en los términos de las leyes del país requirente.

Lo anterior para su conocimiento y fines pertinentes.

Atentamente,

Luz Ángela Bahamón Flórez
Directora de Fiscalía Nacional Especializada Antinarcóticos y Lavado de Activos.

JMMR /DPALA-AIII

---

[3] Artículo 7 Convención de Viena 1988: Convención de las Naciones Unidas Contra el Tráfico Ilícito de Estupefacientes y Sustancias Sicotrópicas, Asistencia Judicial Reciprocas.
[4] Artículo 237 Ley 906/04: Audiencia de control posterior, dentro de las (24) horas siguientes al recibimiento del informe de Policía Judicial sobre las diligencias de las ordenes de registro y allanamiento, retención de correspondencia, interceptación de comunicaciones o recuperación de información producto de la transmisión de datos a través de las redes de comunicación, el Fiscal comparecerá ante el Juez de Control de Garantías, para que se realice la audiencia de revisión de legalidad sobre lo actuado.