**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | |
| **DWIGHT WARREN KNOWLES (2),** a.k.a. "Arizona" and | **CRIM. NO. 1:12-cr-266-02, -03 (RWR)** |
| **ORAL GEORGE THOMPSON (3),** a.k.a. "Chad," | |
| **Defendants.** | |

## JOINT PRETRIAL STATUS REPORT

The United States of America, by and through undersigned counsel, and the Defendants, by and through defense counsel Pleasant Brodnax, Esquire and Manuel Retureta, Esquire for Defendants Oral George Thompson and Dwight Warren Knowles, respectively, submit the following Joint Pretrial Status Report, as ordered by the Court during a status hearing in this case on December 16, 2015.

1. On December 12, 2012, a federal grand jury in the District of Columbia returned a one-count indictment in criminal case number 12-cr-266 (RWR) charging Defendant Thompson, Defendant Knowles, and their co-defendants with conspiring to distribute, and possess with intent to distribute, five kilograms or more of cocaine on board an aircraft owned by a United States citizen and registered in the United States, and aiding and abetting, in violation of 21 U.S.C. §§ 959(b), 960 and 963, and 18 U.S.C. § 2. The Indictment also included forfeiture allegations naming all of the defendants.

2. During a status hearing on December 16, 2015, the Court ordered the parties to file a joint pretrial status report advising the Court of at least three available dates to commence trial and the position of the parties on any pending or future pretrial filings in this case. During the hearing, the Court also ordered the Government to provide to the defense information about criminal convictions of any expected Government trial witness. Additionally, the Court instructed the parties to discuss the status of Defendant Thompson's previously agreed-upon stipulation as to the accuracy of translations and transcriptions to be used by the parties at trial.

3. At this time, based on the authorization process needed to arrange for the travel of foreign official witnesses to testify at trial in this case, the Government is prepared to proceed to trial with 60-days advance notice. However, as a result of conflicting trial schedules of defense attorneys Brodnax and Retureta between January and May 2016, the first availability for all parties for trial of the Defendants is in July 2016.

Accordingly, the parties ask that the Court schedule:

- Trial to commence on July 12, 2016, July 19, 2016, or any other date thereafter that is convenient for the Court.

- Pretrial deadlines:
    o (1) that the Government file its final Witness and Exhibit lists no later than 30 days prior to trial;
    o (2) that the parties submit proposed Jury Instructions, Verdict Form, and Voir Dire questions no later than 30 days prior to trial, with objections and any joint final filings due 21 days prior to trial; and,

      o   (3) that the Government disclose its *Giglio* and *Jencks* materials for law enforcement witnesses no later that 30 days prior to trial, and civilian witnesses to be determined by the Court, but no earlier than 30 days before trial.

4.   It is the understanding of the parties that the following motions are pending a decision by the Court: (1) Defendant Knowles' Motion to Suppress Intercepted Calls (ECF#84); (2) Government's Motion to Admit or Allow Co-Conspirator Statements at Trial (ECF#107); (3) Government's Omnibus Motion *in Limine* to Exclude (ECF#109); and (4) Government's Omnibus Motion *in Limine* to Exclude (ECF#111).

The parties request that a final motion filing deadline be set.  In light of the anticipated trial date, a filing date in the month of March 2016 would offer sufficient time for defense counsel to consult as to whether further motions are necessary, or whether supplements to pending motions are appropriate.  With the filing of any motions, or supplements, in March 2016, the Court may schedule hearing or argument as necessary.

5.   On December 18, 2015, the Government provided to the defense information about the known United States felony criminal convictions of the expected Government trial witnesses pursuant to a search of National Crime Information Center (NCIC) records.  If any additional witnesses are added to the Government's witness list after this date, the Government will provide to the defense criminal record information for those witnesses as well.  Additionally, the NCIC reports listing the criminal histories, or lack thereof, for each of the Government's trial witnesses has been made available for review by the defense attorneys at the Government's offices.  Any additional impeachment information for the Government's trial witnesses will be disclosed to the defense on or before the Court-ordered deadline for the production of *Giglio/Jencks* material.

Defense counsel Pleasant Brodnax and Manuel Retureta have authorized the undersigned attorney to file the Report jointly on behalf of the Government and the Defendants. The parties will address any remaining issues at the January 6, 2016, status conference.

Respectfully submitted, this 29th day of December 2015.

                                    Arthur Wyatt, Chief
                                    Narcotic and Dangerous Drug Section
                                    Criminal Division
                                    U.S. Department of Justice
                                    Washington, D.C. 20530

By: _____/s/_____
        Paul Joseph (D.C. Bar # 448495)
        Trial Attorney
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice
        Washington, D.C. 20530
        202-514-9644
        Paul.Joseph2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of December 2015, I sent the foregoing JOINT PRETRIAL STATUS REPORT to Pleasant Brodnax, Esquire, Counsel for Defendant Oral George Thompson and Manuel Retureta, Esquire, Counsel for Defendant Dwight Warrant Knowles.

Respectfully submitted,

ARTHUR WYATT, Chief
Narcotic and Dangerous Drug Section

By: \_\_\_\_\_/s/_____

Paul Joseph (D.C. Bar # 448495)
Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice / Criminal Division